United States District Court
Southern District of Texas
**ENTERED**
July 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROSENDO MARROQUIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:24-CV-00118 |
| § | |
| ADELANTE MORTGAGE, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

As Plaintiff failed to appear at the June 6, 2024 initial pretrial conference and the July 2, 2024 resetting of the initial conference, and the docket reflects no efforts to serve Defendant, the Court hereby **ORDERS** that all of Plaintiff's claims against Defendant in this action are **DISMISSED** without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (district court may sua sponte dismiss action without prejudice for plaintiff's failure to prosecute or to comply with any court order).

SO ORDERED July 3, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge